IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EXIOM SITE SERVICES, LLC, | § | |
| D/B/A SOUTHERN STAR | § | CASE NO. 16-40401 |
| EXCAVATIONS AND | § | (Chapter 7) |
| DEMOLITION, | § | |
|     Debtor | § | |
| | | |
| SPAWGLASS CONTRACTORS, INC, | § | |
|     Movant | § | |
| | § | |
| V. | § | |
| | § | |
| EXIOM SITE SERVICES, LLC, | § | |
| D/B/A SOUTHERN STAR | § | |
| EXCAVATIONS AND | § | |
| DEMOLITION, | § | |
|     Debtor | § | |
| | § | |
| AND | § | |
| | § | |
| CHRISTOPHER MOSER, | § | |
|     Trustee | § | |

**SPAWGLASS CONTRACTORS, INC.'S MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ASSUME OR REJECT EXECUTORY CONSTRUCTION CONTRACTS**

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS FROM DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILINGS SUCH OBJECTION.  IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.  IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING.  IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN.  THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

To the Honorable Brenda T. Rhoades, Chief United States Bankruptcy Judge:

SpawGlass Contractors, Inc., Movant, presents this Motion to Compel Chapter 7 Trustee to Assume or Reject Executory Construction Contracts as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 as well as 11 U.S.C. § 365. This matter is a core proceeding pursuant to 28 U.S.C. § 157. The Court has constitutional authority to determine this matter. Venue is proper in this Court pursuant to 28 U.S.C. § 1409.

2. Exiom Site Services, LLC d/b/a Southern Star Excavations and Demolition initiated this proceeding by filing a Voluntary Petition for Relief under Chapter 7 of Title 11 of the United States Code on March 2, 2016.

3. Christopher Moser has been appointed the Chapter 7 Trustee in this case.

4. SpawGlass Contractors, Inc. ("SpawGlass") is a general contractor on two construction projects in which Exiom Site Services, LLC d/b/a Southern Star Excavations and Demolition, Debtor ("Debtor") is a subcontractor. One of the projects is known as the University of Texas-Dallas Parking Garage Project ("UTD Parking Garage") and the other is the Tarrant County Precinct One Maintenance Facility ("Tarrant County Project"). (The two Subcontracts with attachments are voluminous so they have not been attached to this Motion. If any party-in-interest desires a copy please contact undersigned counsel and a cOpy will be promptly provided.)

5. Prior to Debtor's commencement of this voluntary case on or about March 2, 2016 Debtor was in default in connection with its subcontracts with SpawGlass. SpawGlass had issued Notice of the Defaults to Debtor and to its Surety on both projects,

Merchants National Bonding ("The Surety"). The Surety has issued Payment Bonds and Performance Bonds with Debtor as Principal on both projects.

6. By virtue of the nature of Debtor's business operations, its work is typically performed early in the course of a project. Delays at this stage of the project become critical, with the potential to become very costly on account of their impact on other trades, operations and the potential for delay damages to be levied by project owners.

7. Debtor's subcontracts with SpawGlass on the UTD Parking Project and the Tarrant County Project constitute executory contracts as that term is known in 11 U.S.C. § 365. Pursuant to that section of the Bankruptcy Code the Trustee is empowered to assume or reject executory contracts such as these. 11 U.S.C. § 365 (d)(1) grants the Trustee a period of 60-days following entry of the Order for Relief within which to assume or reject executory contracts.

8. Awaiting a 60-day period of time for the Trustee to elect to assume or reject the executory subcontracts of Debtor would be disastrous for the projects, SpawGlass, the Surety and even this Estate. Any significant periods of downtime on either of the Projects would result in substantial damages and costs, much of which will increase the amount of claims in this Estate on account of Debtor's pre-petition indemnity of the Surety for any claims it must pay and costs it incurs.

9. The Trustee is aware of the time sensitive nature of the need for determination of assumption or rejection of these executory subcontracts. The Trustee has indicated the Estate has neither the funds nor the ability to assume and perform the subcontracts, or to cure the defaults prerequisite to assumption of the subcontracts. The Trustee has expressed his willingness to promptly reject these two executory contracts in order to allow SpawGlass and the

Surety to move promptly to locate replacement subcontractors and to relet the two subject subcontracts.

10. The Trustee has no opposition to the relief sought by this Motion and upon information and belief, will be approving an agreed order rejecting the two executory subcontracts and allowing for the reletting of the subcontracts.

11. Wherefore, premises considered, SpawGlass prays that upon hearing of other consideration hereof, the Court grant this Motion and compel Trustee to either assume or reject the two executory subcontracts in a period of not less than five business days from the date of the Court's order, and for such other and further relief to which Movant may be entitled.

Respectfully submitted,

**COKINOS, BOSIEN & YOUNG**

By: */s/ Craig E. Power*
CRAIG E. POWER
Bar No. 16210500
Fed No. 3868
cpower@cbylaw.com
ABBIE G. SPRAGUE
Bar No. 24074244
Fed. No. 1125904
asprague@cbylaw.com
MISTY A. SEGURA
Bar No. 24033174
Fed. No. 30751
msegura@cbylaw.com
Four Houston Center
1221 Lamar Street, 16th Floor
Houston, Texas 77010-3039
(713) 535-5500
Fax: (713) 535-5533

COUNSEL FOR CREDITOR,
SPAWGLASS CONTRACTORS, INC.

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on or about the 9th day of March 2016 he spoke with Christopher Moser, the Chapter 7 Trustee, with respect to the relief requested in this Motion. Mr. Moser indicated that he had no objection to the relief sought by the Motion.

By: */s/ Craig E. Power*
    Craig E. Power, Counsel for
    SpawGlass Contractors, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 11th day of March 2016, true and correct copies of this Motion were electronically served by the Court's ECF System on parties entitled to notice thereunder, including counsel for Debtor, the Chapter 7 Trustee and the U.S. Trustee, and that, on the same day, true and correct copies of this Motion were served by U.S. First Class Mail, postage pre-paid, on the attached service list recipients.

BY: /s/ Craig E. Power
CRAIG E. POWER

G:\WPDOCS\1046058\Pleadings\Mtn to compel.docx

| | | |
|---|---|---|
| | ACU CONSTRUCTION, LLC<br>3044 OLD DENTON RD STE 111-113<br>CARROLLTON, TX 75007-5016 | ADRIAN MALDONADO<br>3410 HIDALGO DR, APT 140-3<br>DALLAS, TX 75220-3559 |
| | AHERN RENTALS<br>PO BOX 271390<br>LAS VEGAS, NV 89127-1390 | ALDO TORRES SANTANA<br>738 WAIKIKI DR<br>GARLAND, TX 75043-2619 |
| ALFONSO POSADA<br>2306 HILLBURN<br>DALLAS, TX 75227-9201 | ALL AMERICAN EQUIPMENT MOVERS<br>PO BOX 50565<br>DENTON, TX 76206-0565 | ALLIANCE TRUCKING LP<br>721 111TH ST<br>ARLINGTON, TX 76011-7616 |
| ALLY FINANCIAL<br>PO BOX 380901<br>BLOOMINGTON, MN 55438-0901 | ALVARO LOPEZ<br>3225 WESTERN DR<br>GARLAND, TX 75042-5524 | ANTHONY P. ROMAN<br>7261 MIMOSA LN<br>DALLAS, TX 75230-5443 |
| AP GULF STATES, INC.<br>1600 N COLLINS BLVD, STE 2000<br>RICHARDSON, TX 75080-3666 | ARGOS<br>8500 FREEPORT PKWY N STE 200<br>IRVING, TX 75063-1932 | AT&T WIRELESS<br>PO BOX 6463<br>CAROL STREAM, IL 60197-6463 |
| AUTO PLUS<br>905 S WASHINGTON<br>KAUFMAN, TX 75142-2711 | | BALFOUR BEATTY CONSTRUCTION LLC<br>3100 MCKINNON, 7TH FL<br>DALLAS, TX 75201-1081 |
| BANE MACHINERY INC<br>PO BOX 541355<br>DALLAS, TX 75354-1355 | BARNSCO<br>P.O. BOX 541087<br>DALLAS, TX 75354-1087 | BARNSCO DECORATIVE<br>13880 N STEMMONS FWY<br>FARMERS BRANCH, TX 75234-3465 |
| BECK<br>1807 ROSS AVE STE 500<br>DALLAS, TX 75201-8006 | BIG CITY CRUSHED CONCRETE, L.P.<br>PO BOX 29816<br>DALLAS, TX 75229-0816 | BLUELINE RENTAL LLC<br>PO BOX 840062<br>DALLAS, TX 75284-0062 |
| BOB WARD JR EQUIPMENT COMPANY<br>6110 CHIPPEWA<br>DALLAS, TX 75212-5511 | BRADFORD MANAGEMENT CO.<br>3100 MCKINNON STREET, SUITE 400<br>DALLAS, TX 75201-1081 | BRAULIO MONTESDEOCA JR.<br>3049 BELITA DR<br>GARLAND, TX 75041-2725 |
| BRAULIO MONTESDEOCA SR.<br>3049 BELITA DR<br>GARLAND, TX 75041-2725 | BUSH RUDNICKI SHELTON, P.C.<br>4025 WOODLAND PARK BLVD, SUITE 190<br>ARLINGTON, TX 76013-8052 | BUYERS BARRICADES INC<br>P.O. BOX 7498<br>FORT WORTH, TX 76111-0498 |

| | | |
|---|---|---|
| CADG GOLDEN TRIANGLE 33 LLC<br>1800 VALLEY VIEW LN STE 300<br>FARMERS BRANCH, TX 75234-8945 | CARLOS ANDRADE<br>1564 DRIFTWOOD DR<br>DALLAS, TX 75224-3703 | CAT FINANCIAL<br>PO BOX 730861<br>DALLAS, TX 75373-0861 |
| CAT FINANCIAL COMMERCIAL ACCOUNT<br>PO BOX 978595<br>DALLAS, TX 75397-8595 | CHRISTOPHER KELSO<br>2301 LANDWICK CT<br>CORINTH, TX 76210-3254 | CITY OF FORT WORTH WATER-REMINGTON<br>PO BOX 961003<br>FORT WORTH, TX 76161-0003 |
| CITY OF IRVING<br>825 W IRVING BLVD<br>IRVING, TX 75060-2860 | CITY OF PARKER-6902616<br>5700 E PARKER RD<br>PARKER, TX 75002-6799 | CITY OF PARKER-8108927<br>5700 E PARKER RD<br>PARKER, TX 75002-6799 |
| CITY OF PLANO<br>P.O. BOX 860358<br>PLANO, TX 75086-0358 | CITY OF RICHARDSON-92939<br>PO BOX 831907<br>RICHARDSON, TX 75083-1907 | CLARK CONTRACTORS LLC<br>1701 W NORTHWEST HWY<br>GRAPEVINE, TX 76051-8127 |
| CNH CAPITAL<br>PO BOX 894703<br>LOS ANGELES, CA 90189-4703 | COMPLETE TIRE, INC<br>11044 GRISSOM LANE<br>DALLAS, TX 75229-3507 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| COOPER GENERAL CONTRACTORS<br>1225 E CROSBY RD SUITE A-1<br>CARROLLTON, TX 75006-8521 | CORE CUT<br>824 S TYLER ST<br>DALLAS, TX 75208-6251 | CORNERSTONE SAFETY<br>PO BOX 118061<br>CARROLLTON, TX 75011-8061 |
| CZOY-NGS, LLC<br>1420 SPRINGHILL RD<br>AUBREY, TX 76227-3999 | Capitol Indemnity Corporation<br>Platte River Insurance Company<br>115 Glastonbury Blvd Ste 5<br>Glastonbury, CT 06033-4460 | Chase Bank<br>PO Box 15123<br>Wilmington, DE 19850-5123 |
| Continental Casualty Company<br>333 S Wabash<br>Chicago, IL 60604-4107 | Continental Insurance Company<br>333 S Wabash<br>Chicago, IL 60604-4107 | DAVID MEJORADO<br>2032 HIGHWAY 1187<br>MANSFIELD, TX 76063-5935 |
| DAVIS MOTOR CRANE SERVICES, INC<br>1212 N. LOOP 12<br>IRVING, TX 75061-5615 | DE LAGE LANDEN FINANCIAL SERVICES INC<br>PO BOX 41602<br>PHILADELPHIA, PA 19101-1602 | DENALI SERVICES & TRANSPORT<br>PO BOX 30317<br>AUSTIN, TX 78755-3317 |
| DENDY MACHINERY SALES & RENTALS, LP<br>3500 VALLEY VIEW LN<br>IRVING, TX 75062-2817 | ECO-PAN<br>1037 4th Ave North<br>Kent, WA 98032-2943 | EMETERIO SERVIN<br>4641 LASATER RD, #28<br>MESQUITE, TX 75181-3430 |

EQUIFY AUCTIONS LLC
24280 I-20
WILLS POINT, TX 75169

EQUIFY FINANCIAL LLC
777 MAIN ST, STE 3900
FORT WORTH, TX 76102-5343


FERGUSON WATERWORKS
2650 S PIPELINE
EULESS, TX 76040-6633

FIRST TEXAS HOMES
500 CRESCENT COURT, SUITE 350
DALLAS, TX 75201-7854

FRANCISCO PENA
3213 TOWNSND DR
FORT WORTH, TX 76110-3719


GARRETT T TUBB
3210 S ADAMS ST
FORT WORTH, TX 76110-6719

GAS AND SUPPLY
1677 S US HWY 69
MINEOLA, TX 75773-5063

GRAINGER-886012011
PO BOX 419267
KANSAS CITY, MO 64141-6267


GUILLERMO VASQUEZ
5001 MATTHEW RD
GRAND PRAIRIE, TX 75052-1947

HARRISON, WALKER & HARPER INDUSTRIAL
2510 S CHURCH ST
PARIS, TX 75460
JC COMMERCIAL INC
1801 LAKEPOINT DR STE 129
LEWISVILLE, TX 75057-6446

HD SUPPLY WHITE CAP
PO BOX 4852
ORLANDO, FL 32802-4852


HECTOR POSADA
2449 56 ST
DALLAS, TX 75241-1439

HERMILO MONTESDEOCA
5555 SPRING VALLEY RD
DALLAS, TX 75254-3062

HIGGINBOTHAM
12720 HILLCREST RD STE 450
DALLAS, TX 75230-7126


HNR LIMITED PARTNERSHIP
PO BOX 883
KEMP, TX 75143-0883

HOLT CAT
PO BOX 911975
DALLAS, TX 75391-1975

I & H CONCRETE CUTTING, INC
2628 S BECKLEY AVENUE
DALLAS, TX 75224-2936


(p) IPFS CORPORATION
30 MONTGOMERY STREET
SUITE 1000
JERSEY CITY NJ 07302-3865

IRONPLANET
3825 HOPYARD RD STE 250
PLEASANTON, CA 94588-2787

IRS
PO BOX 149342
AUSTIN, TX 78714-9342


ISABEL VAZQUEZ
707 FOURAKER ST
DALLAS, TX 75208-3903

JARROD A HERNANDEZ
5350 AMESBURY DR #113
DALLAS, TX 75206-3401

JC COMMERCIAL INC
1801 LAKEPOINT DR STE 129
LEWISVILLE, TX 75057-6446


JEFF DAWSON
1055 REGAL ROW APT 704
DALLAS, TX 75247-4404

JESSIE G GOMEZ
8782 GRAY, APT 1112
DALLAS, TX 75228

JESUS HERNANDEZ
710 LEE ST
TRINIDAD, TX 75163-7072


JOEDY N HENSON
369 COUNTY RD 2131
VALLEY VIEW, TX 76272-6982

JOHN CORNELISON
1070 SEDALIA RD
VAN ALSTYNE, TX 75495-3952

JOSE A RODRIGUEZ
7836 DUGAN STREET
DALLAS, TX 75217-1454

JOSE F GONZALEZ
906 GRANDVIEW AVE
DALLAS, TX 75223-1514

JOSE L BURCIAGA
2560 TOWER RIDGE DR APT 1211
CORINTH, TX 76210-1865

JOSE RECIO
1537 S HAMPTON RD
GLENN HEIGHTS, TX 75154-8221

JOSHUA RYAN ONEAL
720 COOLWOOD LANE
MESQUITE, TX 75149-5322

JT VAUGHN CONSTRUCTION LLC
10355 WESTPARK DR
HOUSTON, TX 77042-5312

JUAN J ANDRADE
1210 CALIFORNIA TRI
GRAND PRAIRIE, TX 75052-2072

JULIO E. GARCIA
1605 WHIRLAWAY CT
ALLEN, TX 75002-2601

KELLEY CONSTRUCTION INC
12550 LAKE STATION PL
LOUISVILLE, KY 40299-6394

KELLY SHAVER
PO BOX 2042
RED OAK, TX 75154-1570

KENTWOOD SPRINGS
P.O. BOX 660579
DALLAS, TX 75266-0579

KIRBY SMITH MACHINERY
PO BOX 270360
OKLAHOMA CITY, OK 73137-0360

(p)KOMATSU FINANCIAL LIMITED PARTNERSHIP
1701 W GOLF ROAD SUITE 1-300
ROLLING MEADOWS IL 60008-4208

Kelly Shaver
13425 County Road 4012
Mabank, TX 75147-3143

LHOIST NORTH AMERICA OF TEXAS LTD
5274 PAYSHPERE CIRCLE
CHICAGO, IL 50674-0052

MAGNUM SURVEYING LLC
519 E I-30 PMB 161
ROCKWALL TX 75087-5408

MANUEL BALDERAS
1721 FLORENCE ST
ARLINGTON, TX 76010-7514

MARLOW OIL
P.O.BOX 1448
TERRELL, TX 75160-0026

MCCARTHY BUILDING COMPANIES INC.
12001 N CENTRAL EXPY STE 400
DALLAS, TX 75243-3733

MCGINTY'S HARDWARE
200 N DELPHINE ST
TERRELL, TX 75160-2724

MENG XUN
530 BUCKIGNHAM RD #832
RICHARDSON, TX 75081-5738

MIGUEL A LOZANO
3814 INGERSOLL ST
DALLAS, TX 75212-2019

MS DALLAS REPROGRAPHICS INC.
PO BOX 190228
DALLAS, TX 75219-0228

McKim & Creed
1517 W North Carrier Pkwy, Ste 138
Grand Prairie, TX 75050

NATHANIEL W ONEAL
720 COOLWOOD LN
MESQUITE, TX 75149-5322

NATIONAL CONSTRUCTION RENTAL, LLC
P.O. BOX 4503
PACOIMA, CA 91333-4503

NOVACOPY
PO BOX 372 DEPT 200
MEMPHIS TN 38101-0372

NTDS
10219 PLANO RD
DALLAS, TX 75238-1702

NTTA
PO BOX 260928
PLANO, TX 75026-0928

O'ROURKE PETROLEUM
PO BOX 301150
DALLAS, TX 75303-1150

OFFICE OF THE ATTORNEY GENERAL
PO BOX 659791
SAN ANTONIO, TX 78265-9791

OLDCASTLE PRECAST
PO BOX 742387
LOS ANGELES, CA 90074-2387

OSCAR ORDUNO INC.
4500 FULLER DR STE 205
IRVING, TX 75038-6537

PERFECT CIRCLE MEDIA GROUP
310 E INTERSTATE 30 STE B107
GARLAND, TX 75043-4047

PRECISE TRUCKS LLC
PO BOX 292511
LEWISVILLE, TX 75029-2511

PRENTISS BARRY INGOLD
3749 NE 28TH ST
HALTOM CITY, TX 76111-5136

PRO SERVICES
5764 W US HWY 80
TERRELL, TX 75160-6537

PRO-HAUL TRUCKING
4227 SHELLEY BLVD
DALLAS, TX 75211-6344

QUICKBOOKS PAYROLL SERVICE
5601 HEADQUARTERS DR
PLANO, TX 75024-5839

QUILL CORPORATION
P.O. BOX 37600
PHILADELPHIA, PA 19101-0600

RAFAEL LOPEZ MORALES
3225 WESTERN DR
GARLAND, TX 75042-5524

RAMTOOL & SUPPLY
PO BOX 743487
ATLANTA, GA 30374-3487

RELIABLE CONCRETE
1025 W COMMERCE ST
DALLAS, TX 75208-1704

RENE RIVERA RUIZ
824 W 12 ST
DALLAS, TX 75208-6065

REXEL
PO BOX 844519
DALLAS, TX 75284-4519

REY NUNEZ
3049 BELITA DR
GARLAND, TX 75041-2725

RIDGEMONT COMMERCIAL CONSTRUCTION
1520 W WALNUT HILL LN
IRVING, TX 75038-3701

ROAD RUNNER PLATE & SHORING RENTAL, INC
5326 W. LEDBETTER
DALLAS, TX 75236-1417

ROADSTAR TRUCKING SERVICES LLC
PO BOX 154346
IRVING, TX 75015-4346

ROBERTO RODRIGUEZ
738 WAIKIKI DR
GARLAND, TX 75043-2619

ROGERS-O'BRIEN CONSTRUCTION
1901 REGAL ROW
DALLAS, TX 75235-2309

ROMCO EQUIPMENT CO
1350 NW LOOP 820
FORT WORTH, TX 76106

ROMCO EQUIPMENT CO
5151 CASH RD
DALLAS TX 75247-5805

RVH SUNCHASE LP
500 CRESCENT CT, STE 350
DALLAS, TX 75201-7854

S&S Surveying
2154 W Northwest Hwy, Ste 204 & 205
Dallas, TX 75220-4220

| | | |
|---|---|---|
| SEALE OF PROTECTION<br>214 QUAIL RUN RD<br>VALLEY VIEW, TX 76272-4561 | SEE FAITH SERVICES LLC<br>PO BOX 295334<br>LEWISVILLE, TX 75029-5334 | SEEVER EQUIPMENT INC.<br>910 DOUBLE SPRINGS LN<br>KELLER TX 76248-4240 |
| SOUTHWEST CONSTRUCTION<br>11430 NEWKIRK ST<br>DALLAS, TX 75229-2028 | SPANGLASS CONTRACTORS, INC.<br>1000 W MAGNOLIA AVE<br>FT WORTH, TX 76104-4503 | SPSD, INC<br>1108 107TH ST<br>ARLINGTON, TX 76011-3109 |
| STAR TIRE<br>PO BOX 541508<br>DALLAS, TX 75354-1508 | STORMCON LLC<br>900 CIRCLE IN THE WOODS<br>FAIRVIEW, TX 75069-9534 | STUART REEVES TRUCK REPAIR<br>18330 CR 4001<br>MABANK, TX 75147-2999 |
| SUNBELT RENTALS<br>PO BOX 409211<br>ATLANTA, GA 30384-9211 | | |
| TARANGO TRUCKING, LLC<br>P.O. BOX 177786<br>IRVING, TX 75017-7786 | TEXAS BANK AND TRUST<br>401 W. GEORGE BUSH FWY STE 101<br>RICHARDSON, TX 75080-1145 | TEXAS EROSION SUPPLY<br>1327 CENTURY WAY<br>WYLIE, TX 75098-4072 |
| TEXAS JOHNS, LLC<br>900 PARKER SQUARE STE 250<br>FLOWER MOUND, TX 75028-7440 | TEXAS MUTUAL INSURANCE CO.<br>6210 E HWY 290<br>AUSTIN, TX 78723-1026 | TEXAS WORKFORCE COMMISSION<br>101 E 15 ST<br>AUSTIN, TX 78778-0001 |
| TEXTURA<br>1405 LAKE COOK RD<br>DEERFIELD, IL 60015-5213 | | THE HANOVER INSURANCE GROUP<br>440 LINCOLN ST<br>WORCESTER, MA 01653-0001 |
| THELIN RECYCLING COMPANY L.P.<br>5225 THELIN ST<br>FT WORTH, TX 76115-4402 | TONYA RATCLIFF KAUFMAN COUNTY TAX OFFICE<br>PO BOX 339<br>KAUFMAN, TX 75142-0339 | TURNER CONSTRUCTION<br>10100 N CENTRAL EXPY STE 600<br>DALLAS, TX 75231-4151 |
| TX TWC<br>101 E 15TH ST<br>AUSTIN, TX 78778-0001 | | Thu Pham<br>530 Buckingham Rd Apt 1234<br>Richardson, TX 75081-5752 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | (p)UNITED RENTALS NORTH AMERICA INC<br>3200 HARBOR LN N<br>MINNEAPOLIS MN 55447-5295 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |

US TREN-TECH
828 HOWELL DR
COPPELL, TX 75019-4527

United Forming
10585 Moore Rd
Austin, TX 78719-9756

VISION BANK TEXAS
401 W. GEORGE BUSH FWY STE 101
RICHARDSON, TX 75080-1145

WESTPORT GROUP INC.
4000 SUNRISE RD STE 1100
ROUND ROCK TX 78665-1520

WHITE STAR EQUIPMENT
P.O. BOX 1212
SHERMAN, TX 75091-1212

WM. REED BENTLEY JR., P.C.
PO BOX 515813
DALLAS, TX 75251-5813